UNITED STATE DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ENGINEERED MEDICAL SYSTEMS, INC.,

    Plaintiff,

v.

VAPOTHERM, INC.,

    Defendant.

Case No. 1:18-cv-02018-SEB-DML

> Acknowledged.
>
> This action is hereby dismissed without prejudice.
>
> Date: 11/5/2018
>
> *Sarah Evans Barker*
> SARAH EVANS BARKER, JUDGE
> United States District Court
> Southern District of Indiana

**Notice Of Dismissal Without Prejudice**

Pursuant to Ind. Trial Rule 41(A)(1)(a), Plaintiff, Engineered Medical Systems, Inc., by counsel, notifies the Court that the present matter will continue in the Superior Court of Rockingham County, New Hampshire, and the Indiana action against Defendant, Vapotherm, Inc., is dismissed without prejudice, with each party bearing its own costs.

Respectfully submitted,

*/s/ Craig J. Helmreich*

Craig J. Helmreich/#22220-49
Scopelitis, Garvin, Light, Hanson & Feary
10 W. Market Street, Suite 1400
Indianapolis, IN  46204
Telephone: (317) 637-1777
Facsimile: (317) 687-2414

Attorney for Plaintiff,
Engineered Medical Systems, Inc.

1